```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 09920
     SHIRLEY C TILLMAN
                                                CHAPTER 13

                                                JUDGE: JACQUELINE P COX

            Debtor
   SSN XXX-XX-3116

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 06/01/2007 and was confirmed 07/23/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 04/14/2008.
--------------------------------------------------------------------------------
CREDITOR NAME               CLASS           CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                            PAID           PAID
--------------------------------------------------------------------------------
SAXON MORTGAGE SERVICES   CURRENT MORTG          .00              .00            .00
SAXON MORTGAGE SERVICES   MORTGAGE ARRE     25166.35              .00        2612.55
PEOPLES GAS LIGHT & COKE  UNSEC W/INTER      3127.75              .00            .00
PEOPLES GAS LIGHT & COKE  UNSEC W/INTER   NOT FILED              .00            .00
ERNESTO D BORGES JR       DEBTOR ATTY       3,000.00                             .00
TOM VAUGHN                TRUSTEE                                             187.45
DEBTOR REFUND             REFUND                                                 .00

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                          RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                   2,800.00

PRIORITY                                              .00
SECURED                                           2,612.55
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                               187.45
DEBTOR REFUND                                         .00
                         ---------------      ---------------
TOTALS                    2,800.00                2,800.00
```

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 09920 SHIRLEY C TILLMAN

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 07/22/08 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |

PAGE   2
CASE NO. 07 B 09920 SHIRLEY C TILLMAN